UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STACY A. MATISI,

                Plaintiff,

                No. 3:10-CV-91 TJM/DEP

v.

CITIZENS FINANCIAL GROUP, INC., AND ITS
SUBSIDIARY RBS CITIZENS, N.A., D/B/A CITIZENS
BANK, AND LIBERTY MUTUAL GROUP, INC.,

                Defendants.

## ORDER

For the reasons stated by the Court at the hearing on November 8, 2010, it is hereby ordered as follows:

The motion for summary judgment of defendant Liberty Life Assurance Company of Boston ("Liberty") (Document 13) is hereby **DENIED**.

The cross-motion for summary judgment of plaintiff Stacy A. Matisi (Document 16) is hereby **DENIED**, except as to the portion seeking dismissal of Liberty's Third and Fourth Affirmative Defenses, which is hereby **GRANTED**.

Dated: 11/22/10

                                      Hon. Thomas J. McAvoy
                                      United States District Judge